## PATRICK D. SCANNELL v. MARGARET METTERHAUSEN.[1]

November 10, 1916.

Nos. 20,009—(86).

**Evidence.**
Verdict is sustained by the evidence. [Reporter.]

Action in the municipal court of St. Paul to recover $125 for professional services. The case was tried before Finehout, J., and a jury which returned a verdict for $25.40. From an order denying her motion for judgment notwithstanding the verdict or for a new trial, defendant appealed. Affirmed.

*James E. Markham*, for appellant.
*Harry S. Locke*, for respondent.

PER CURIAM.
The only question presented by this appeal is whether the evidence supports the verdict. A reading of the record discloses such evidence, and we affirm the order appealed from without discussion thereof. No statutory costs will be allowed.

Order affirmed.